| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **CORONET CERAMICS, INC.** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Coronet Energy** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-3432008** |
| 4. | **Debtor's address** | **Principal place of business**  **2510 E SUNSET RD STE 6-184**  **Las Vegas, NV 89120**  Number, Street, City, State & ZIP Code  **Clark**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **CORONET CERAMICS, INC.**    Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__**3399**__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **CORONET CERAMICS, INC.**       Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **CORONET CERAMICS, INC.**                                                                    Case number (*if known*)
         Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **CORONET CERAMICS, INC.**   Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 12, 2023**
              MM / DD / YYYY

**X /s/ Timothy Wetzel**                                   **Timothy Wetzel**
Signature of authorized representative of debtor           Printed name

Title   **CTO**

**18. Signature of attorney**

**X /s/ Seth D Ballstaedt, Esq.**                          Date **April 12, 2023**
Signature of attorney for debtor                                MM / DD / YYYY

**Seth D Ballstaedt, Esq.**
Printed name

**Fair Fee Legal Services**
Firm name

**8751 W. Charleston Blvd.**
**Suite 220**
**Las Vegas, NV 89117**
Number, Street, City, State & ZIP Code

Contact phone   **(702) 715-0000**     Email address   **help@bkvegas.com**

**11516 NV**
Bar number and State

Fill in this information to identify the case:

Debtor name: **CORONET CERAMICS, INC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ahern Rentals<br>1885 W Bonanza Rd<br>Las Vegas, NV 89106 | | Service | | | | $5,000.00 |
| American express<br>PO BOX 60189 CITY OF INDUSTRY CA 91716-0<br>CITY OF INDUSTRY, CA 91716 | | Credit Card | | | | $7,874.00 |
| American First National Bank<br>9999 Bellarie Blvd.<br>Houston, TX 77036 | | Secured mortgage note (Apex Property in the trust)<br>$550k on 7451<br>$820k on 7561 | | | | $820,000.00 |
| Anthony Busone<br>c/o Hitzke & Ferran<br>2110 E Flamingo Rd Ste 206<br>Las Vegas, NV 89119 | | Inventory Loan | Unliquidated<br>Disputed | | | $15,000.00 |
| CARGO-LINK INTERNATIONAL INC<br>881 South 3760 West<br>Salt Lake City,, UT 08410 | | Lawsuit | | | | $13,112.00 |
| CMC tire INC NLV<br>4101 E. Lone Mountain rd<br>North Las Vegas, NV 89081 | | Tires | | | | $7,000.00 |
| OPIS<br>2099 Gaither Rd, 5th floor<br>Rockville, MD 20850 | | Domestic Support | | | | $1,200.00 |

Debtor **CORONET CERAMICS, INC.**　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pro Petroleum, LLC**<br>**408 S. 43rd Avenue**<br>**Phoenix, AZ 85009** | | **Fuel and Gasoline** | | | | $39,000.00 |
| **Rebel Oil Company dba ROC**<br>**2200 S. Highland Drive**<br>**Las Vegas, NV 89102** | | **Fuel** | | | | $274,924.00 |
| **Trans lease Inc**<br>**1400 West 62nd Avenue**<br>**Denver, CO 80221** | | **Trucks loan** | | | | $100,000.00 |
| **Ying Zhu/ M & Y TRANSPORTATION LLC**<br>**32-24 149th Street**<br>**Flushing, NY 11354** | | **business** | **Unliquidated Disputed** | | | $4,500,000.00 |

Official form 204　　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　　page 2

# United States Bankruptcy Court
## District of Nevada

In re  **CORONET CERAMICS, INC.**  
　　　　　　　　　　　　　Debtor(s)

Case No. _____  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CTO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 12, 2023**

**/s/ Timothy Wetzel**  
**Timothy Wetzel**/**CTO**  
Signer/Title

```
CORONET CERAMICS, INC.
2510 E SUNSET RD STE 6-184
Las Vegas, NV 89120

Seth D Ballstaedt, Esq.
Fair Fee Legal Services
8751 W. Charleston Blvd.
Suite 220
Las Vegas, NV 89117

Ahern Rentals
1885 W Bonanza Rd
Las Vegas, NV 89106

American express
PO BOX 60189 CITY OF INDUSTRY CA 91716-0
CITY OF INDUSTRY, CA 91716

American First National Bank
Acct No Loan No 2177561 & 2177451
9999 Bellarie Blvd.
Houston, TX 77036

Anthony Busone
c/o Hitzke & Ferran
2110 E Flamingo Rd Ste 206
Las Vegas, NV 89119

CARGO-LINK INTERNATIONAL INC
Acct No CORCERWKZ
881 South 3760 West
Salt Lake City,, UT 08410

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Automotive Department
4241 Stephanie St
Las Vegas, NV 89122

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

CMC tire INC NLV
4101 E. Lone Mountain rd
North Las Vegas, NV 89081
```

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Nevada Dept. of Taxations, Bankruptcy
555 E Washington Ave, #1300
Las Vegas, NV 89101

OPIS
2099 Gaither Rd, 5th floor
Rockville, MD 20850

Pro Petroleum, LLC
Acct No 22980013
408 S. 43rd Avenue
Phoenix, AZ 85009

Rebel Oil Company dba ROC
Acct No 9103
2200 S. Highland Drive
Las Vegas, NV 89102

Trans lease Inc
1400 West 62nd Avenue
Denver, CO 80221

United Rentals
PO Box 840514
Dallas, TX 75284-0514

United Rentals
PO Box 840514
Dallas, TX 75284-0514

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Ying Zhu/ M & Y TRANSPORTATION LLC
32-24 149th Street
Flushing, NY 11354

# United States Bankruptcy Court
## District of Nevada

In re **CORONET CERAMICS, INC.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CORONET CERAMICS, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 12, 2023**
Date

**/s/ Seth D Ballstaedt, Esq.**
**Seth D Ballstaedt, Esq.**
Signature of Attorney or Litigant
Counsel for **CORONET CERAMICS, INC.**
**Fair Fee Legal Services**
**8751 W. Charleston Blvd.**
**Suite 220**
**Las Vegas, NV 89117**
**(702) 715-0000 Fax:(702) 666-8215**
**help@bkvegas.com**