**Fill in this information to identify the case:**

Debtor name    **CORONET CERAMICS, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **23-11425**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 10, 2023**          X **/s/ Timothy Wetzel**
                                                    Signature of individual signing on behalf of debtor

                                                    **Timothy Wetzel**
                                                    Printed name

                                                    **CTO**
                                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **CORONET CERAMICS, INC.**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **23-11425**

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **164,461.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **164,461.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $     **1,452,449.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................... $     **2,148.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **4,863,110.00**

4.  Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b      $     **6,317,707.00**

**Fill in this information to identify the case:**

Debtor name    **CORONET CERAMICS, INC.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **23-11425**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$6,501.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bluevine** | **Business Checking** | **7339** | **$174.00** |
| 3.2. | **Wells Fargo** | **Business Checking** | **1981** | **$763.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | **$7,438.00**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Debtor    **CORONET CERAMICS, INC.**                                    Case number *(If known)*  **23-11425**
Name

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | **1,848.00** | - | **0.00** = .... | **$1,848.00** |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$1,848.00** |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Inventory** | | **$0.00** | | **$175.00** |

| 23. | **Total of Part 5.** | |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | **$175.00** |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **CORONET CERAMICS, INC.** | Case number *(If known)* **23-11425** |
|---|---|---|
| | Name | |

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software furniture, copy machine, computers, laptops, phones, conference table and chairs, desks** | **$0.00** | Liquidation | **$5,000.00** |
| 42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.    Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$5,000.00** |
|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2012 Freightliner, bobtail, fuel deliver truck (no trailer)** | **$0.00** | Comparable sale | **$55,000.00** |
| 47.2.   **2016 Freightliner bobtail fuel delivery truck (no trailer)** | **$0.00** | Comparable sale | **$95,000.00** |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm** | | | |

| Debtor | **CORONET CERAMICS, INC.** | | Case number *(If known)* **23-11425** |
|---|---|---|---|
| | Name | | |

**machinery and equipment)**

| 51. | **Total of Part 8.** | | $150,000.00 |
|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** **Breach of contract claim against Rebel Oil relating to specific provisions of a fuel delivery contract. The amount to request has not yet been determined.** | **Unknown** |
| | Nature of claim   **Breach of contract** | |
| | Amount requested   **$0.00** | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|---|---|
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

Debtor    **CORONET CERAMICS, INC.**                                      Case number *(If known)*  **23-11425**
_____
Name

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $0.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **CORONET CERAMICS, INC.**                              Case number *(If known)* **23-11425**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,438.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,848.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $175.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $150,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $164,461.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $164,461.00 |

**Fill in this information to identify the case:**

Debtor name  **CORONET CERAMICS, INC.**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **23-11425**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **American First National Bank**<br>Creditor's Name<br><br>**9999 Bellarie Blvd.**<br>**Houston, TX 77036**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/31/2022**<br>**Last 4 digits of account number**<br>**7561**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2300 WESTERN AVE, LAS VEGAS, NV 89102**<br><br><br>**Describe the lien**<br>**Mortgage Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$547,470.00** | **$251,802.00** |
| **2.2** **American First National Bank**<br>Creditor's Name<br><br><br><br>**9999 Bellarie Blvd.**<br>**Houston, TX 77036**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6/21/2022** | **Describe debtor's property that is subject to a lien**<br>**16.46 acres of raw undeveloped land in Clark County, NV**<br>**Assessor Parcel Number ("APN"): 103-10-010-010**<br>**Legal Description: APEX INDST PARK PLAT BOOK 95 PAGE 36 PT LOT 1 BLOCK 1**<br><br>**Describe the lien**<br>**Mortgage Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$808,979.00** | **$439,161.00** |

Debtor   **CORONET CERAMICS, INC.**
Name

Case number (if known)   **23-11425**

**Last 4 digits of account number**
**7451**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Trans lease Inc** | Describe debtor's property that is subject to a lien | $45,000.00 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**1400 West 62nd Avenue Denver, CO 80221**

Creditor's mailing address

**2012 Freightliner, bobtail, fuel deliver truck (no trailer)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/28/0023**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Trans lease Inc** | Describe debtor's property that is subject to a lien | $51,000.00 | $95,000.00 |
|---|---|---|---|---|

Creditor's Name

**1400 West 62nd Avenue Denver, CO 80221**

Creditor's mailing address

**2016 Freightliner bobtail fuel delivery truck (no trailer)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/28/0023**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,452,449.00** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Debtor    **CORONET CERAMICS, INC.**
Name

Case number (if known)    **23-11425**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name __CORONET CERAMICS, INC.__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __23-11425__

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,148.00** | **$2,148.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Estimated Taxes due for 2022 and 2023 based on IRS estimations from POC**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Ahern Rentals
1885 W Bonanza Rd
Las Vegas, NV 89106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/9/0023__

Basis for the claim: __Service__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,874.00** |
|---|---|---|---|

**American express
PO BOX 60189 CITY OF INDUSTRY CA 91716-0
CITY OF INDUSTRY, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/15/0023__

Basis for the claim: __Credit Card__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | CORONET CERAMICS, INC. | Case number (if known) | 23-11425 |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

Anthony Busone
c/o Hitzke & Ferran
2110 E Flamingo Rd Ste 206
Las Vegas, NV 89119

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Inventory Loan__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,112.00 |
|---|---|---|---|

CARGO-LINK INTERNATIONAL INC
881 South 3760 West
Salt Lake City,, UT 08410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/20/0022__

Last 4 digits of account number __CORCERWKZ__

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

CMC tire INC NLV
4101 E. Lone Mountain rd
North Las Vegas, NV 89081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/20/0023__

Last 4 digits of account number _

Basis for the claim: __Tires__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

OPIS
2099 Gaither Rd, 5th floor
Rockville, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/10/0023__

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,000.00 |
|---|---|---|---|

Pro Petroleum, LLC
408 S. 43rd Avenue
Phoenix, AZ 85009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/15/0023__

Last 4 digits of account number __0013__

Basis for the claim: __Fuel and Gasoline__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $274,924.00 |
|---|---|---|---|

Rebel Oil Company dba ROC
2200 S. Highland Drive
Las Vegas, NV 89102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/3/0023__

Last 4 digits of account number __9103__

Basis for the claim: __Fuel__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500,000.00 |
|---|---|---|---|

Ying Zhu/ M & Y TRANSPORTATION LLC
32-24 149th Street
Flushing, NY 11354

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __9/21/0022__

Last 4 digits of account number _

Basis for the claim: __business__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **CORONET CERAMICS, INC.**                                     Case number (if known)    **23-11425**
_____
Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Rebel Oil Company**<br>**c/o Morris, Sullivan & Lemkul, LLP**<br>**3960 Howard Hughes Parkway, Suite 400**<br>**Las Vegas, NV 89169** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **United Rentals**<br>**PO Box 840514**<br>**Dallas, TX 75284-0514** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **United Rentals**<br>**PO Box 840514**<br>**Dallas, TX 75284-0514** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 2,148.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,863,110.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,865,258.00 |

**Fill in this information to identify the case:**

Debtor name **CORONET CERAMICS, INC.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **23-11425**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **CORONET CERAMICS, INC.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **23-11425**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Mi Shen Goldberg** | **2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120** | **Ahern Rentals** | ☐ D _____ ☑ E/F __3.1__ ☐ G _____ |
| 2.2 | **Mi Shen Goldberg** | **2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120** | **American express** | ☐ D _____ ☑ E/F __3.2__ ☐ G _____ |
| 2.3 | **Mi Shen Goldberg** | **2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120** | **American First National Bank** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Mi Shen Goldberg** | **2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120** | **American First National Bank** | ☑ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Mi Shen Goldberg** | **2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120** | **CARGO-LINK INTERNATIONAL INC** | ☐ D _____ ☑ E/F __3.4__ ☐ G _____ |

| Debtor | **CORONET CERAMICS, INC.** | Case number *(if known)* | **23-11425** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Mi Shen Goldberg** | **2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120** | **CMC tire INC NLV** | ☐ D _____ ■ E/F __**3.5**__ ☐ G _____ |
| 2.7 | **Mi Shen Goldberg** | **2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120** | **OPIS** | ☐ D _____ ■ E/F __**3.6**__ ☐ G _____ |
| 2.8 | **Mi Shen Goldberg** | **2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120** | **Pro Petroleum, LLC** | ☐ D _____ ■ E/F __**3.7**__ ☐ G _____ |
| 2.9 | **Mi Shen Goldberg** | **2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120** | **Rebel Oil Company dba ROC** | ☐ D _____ ■ E/F __**3.8**__ ☐ G _____ |
| 2.10 | **Mi Shen Goldberg** | **2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120** | **Trans lease Inc** | ■ D __**2.3**__ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Mi Shen Goldberg** | **2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120** | **Trans lease Inc** | ■ D __**2.4**__ ☐ E/F _____ ☐ G _____ |
| 2.12 | **Mi Shen Goldberg** | **2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120** | **Ying Zhu/ M & Y TRANSPORTATION LLC** | ☐ D _____ ■ E/F __**3.9**__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **CORONET CERAMICS, INC.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known) **23-11425**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ☐ Operating a business ■ Other   **Gross Receipts** | $364,432.00 |
   | **For prior year:** From **1/01/2022** to **12/31/2022** | ☐ Operating a business ■ Other   **Gross Receipts** | $1,670,016.09 |
   | **For year before that:** From **1/01/2021** to **12/31/2021** | ☐ Operating a business ■ Other   **Gross Receipts** | $1,612,512.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

Debtor    **CORONET CERAMICS, INC.**                                    Case number *(if known)* **23-11425**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Rebel Oil Company dba ROC 2200 S. Highland Drive Las Vegas, NV 89102** | Jan16, 2023 $13,754.27, Jan16, 2023 $8,132.03, Jan23, 2023 $30 Jan27, 2023 $33,976.42 | $55,892.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Rebel Oil Company v. Coronet Ceramics, Inc. et al A-23-868065-C** | **Breach of Contract,** | **District Court  Clark County, Nevada Regional Justice Center 200 Lewis Avenue Las Vegas, NV 89115** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Cargo Link International, Inc. v. Coronet Ceramics, Inc. 229908960** | | **Utah** | ☐ Pending ☐ On appeal ☐ Concluded |

Debtor    **CORONET CERAMICS, INC.**                                    Case number *(if known)*  **23-11425**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.   **Ying Zhu et al V. Mi Shen. Goldberg, Coronet Ceramics, et al.**<br>**Index No. 719632/2022** | **Contract, Derivative Suit.** | **Supreme Court of the State of New York**<br>**County of Queens**<br>**88-11 Sutphin Blvd**<br>**Jamaica, NY 11435** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Fair Fee Legal Services**<br>**8751 W. Charleston Blvd.**<br>**Suite 220**<br>**Las Vegas, NV 89117** | **Attorney Fees of $10,000 and Court Filing Fee of $1,738** | **March 27th, 2023** | **$11,738.00** |
| **Email or website address**<br>**help@bkvegas.com** | | | |
| **Who made the payment, if not debtor?**<br>**Debtor** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor    **CORONET CERAMICS, INC.** _____    Case number (if known)  **23-11425**

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **MIA TRUST**<br>**2000 STRADA MIA CT**<br>**Las Vegas, NV 89117** | **2300 Western Ave, Las Vegas, NV 89102 (gas station site). While Debtor was the title owner of the property when it was transferred to the above referenced recipient via quitclaim deed, Debtor had bare legal title, and no equitable ownership of the property that was transferred. The assessed value of the property is $251,802, but because Debtor had no equitable interest in the property, Debtor estimates the value of the transfer to be $0.** | **8/25/2022** | **Unknown** |
| | **Relationship to debtor**<br>**Settlor and trustee of the trust, Mi Shen Goldberg, is a principal of the Debtor** | | | |
| 13.2. | **MIA TRUST**<br>**2000 STRADA MIA CT**<br>**Las Vegas, NV 89117** | **Real Property in Clark County NV, Assessor Parcel Number: 103-10-010-010, 16.46 acres raw undeveloped land. While Debtor was the title owner of the property when it was transferred to the above referenced recipient via quitclaim deed, debtor had bare legal title, and no equitable ownership of the property that was transferred. The assessed value of the property is $439,161, but because Debtor had no equitable interest in property, Debtor estimates the value of the transfer to be $0.** | **8/25/2022** | **$0.00** |
| | **Relationship to debtor**<br>**Settlor and trustee of the trust, Mi Shen Goldberg, is a principal of the Debtor** | | | |

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Debtor    **CORONET CERAMICS, INC.** _____    Case number *(if known)* **23-11425**

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2300 Western Ave. Las Vegas, NV 89102** | **Jan 2020 to August 2023** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Mailing address and Social Security Number** _____

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank 7204 W Craig Road Las Vegas, NV 89129** | **XXXX-7768** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **Closed in September 2022** | **$334.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **CORONET CERAMICS, INC.**                                    Case number *(if known)*  **23-11425**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor    **CORONET CERAMICS, INC.** _____    Case number *(if known)* **23-11425**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Eddie Cheung, CPA**<br>**Cheung & Chu CPA a Professional Corp**<br>**Monterey Park, CA 91754** | **2020-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Eddie Cheung, CPA**<br>**Cheung & Chu CPA a Professional Corp**<br>**Monterey Park, CA 91754** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **American First National Bank**<br>**9999 Bellarie Blvd.**<br>**Houston, TX 77036** |
| 26d.2.    **American express**<br>**PO BOX 60189 CITY OF INDUSTRY CA 91716-0**<br>**CITY OF INDUSTRY, CA 91716** |
| 26d.3.    **Pro Petroleum, LLC**<br>**408 S. 43rd Avenue**<br>**Phoenix, AZ 85009** |
| 26d.4.    **Trans lease Inc**<br>**1400 West 62nd Avenue**<br>**Denver, CO 80221** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **7**

Debtor **CORONET CERAMICS, INC.**                    Case number *(if known)* **23-11425**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Timothy Wetzel | 2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120 | CTO | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mi Shen Goldberg | 2510 E. SUNSET ROAD, #6-184 LAS VEGAS, NV 89120 | CEO | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ☒ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☒ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ☒ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ☒ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor      **CORONET CERAMICS, INC.**                                          Case number *(if known)*  **23-11425**

---

**Part 14:**  Signature and Declaration

 **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

 I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

 I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May 10, 2023**


**/s/ Timothy Wetzel**                                    **Timothy Wetzel**
Signature of individual signing on behalf of the debtor         Printed name


Position or relationship to debtor      **CTO**


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **CORONET CERAMICS, INC.**
_____      Case No.   **23-11425**
                                    Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept ............................................... $  _____

Prior to the filing of this statement I have received .......................... $  _____

Balance Due ................................................................................... $  _____

☑  **RETAINER**

For legal services, I have agreed to accept and received a retainer of ......... $         **10,000.00**

The undersigned shall bill against the retainer at an hourly rate of ............ $            **350.00**
    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
    fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **CORONET CERAMICS, INC.**                                    Case No.   **23-11425**

                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 10, 2023**                                                   **/s/ Seth D Ballstaedt, Esq.**

*Date*                                                             **Seth D Ballstaedt, Esq.**
                                                                   *Signature of Attorney*
                                                                   **Fair Fee Legal Services**
                                                                   **8751 W. Charleston Blvd.**
                                                                   **Suite 220**
                                                                   **Las Vegas, NV 89117**
                                                                   **(702) 715-0000   Fax: (702) 666-8215**
                                                                   **help@bkvegas.com**
                                                                   *Name of law firm*

# United States Bankruptcy Court
### District of Nevada

In re   **CORONET CERAMICS, INC.**

Debtor(s)

Case No.   **23-11425**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CTO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 10, 2023**

Signature   **/s/ Timothy Wetzel**

**Timothy Wetzel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders