SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
1731 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 952-5200
Facsimile: (702) 952-5205

Email: Jeff@sylvesterpolednak.com

*Attorneys for Creditors Ying Zhu and Gary Kong*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-23-11425-mkn |
| CORONET CERAMICS, INC., | Chapter 11 |
| Debtor(s). | |

## EX PARTE APPLICATION FOR EXAMINATION OF TIMOTHY WETZEL, AS CTO OF CORONET CERAMICS, INC. PURSUANT TO BANKRUPTCY RULE 2004

*Creditors Ying Zhu and Gary Kong* ("Creditors"), by and through their attorney of record, Jeffrey R. Sylvester, Esq., of the law firm of Sylvester & Polednak, Ltd., hereby respectfully apply for an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Rule 2004") directing Timothy Wetzel, as CTO of Coronet Ceramics, Inc. ("CTO"), to appear for an examination on August 23, 2023, at 10:00 a.m. The location of the Rule 2004 examination will be provided through the subsequent issuance of a subpoena and notice of Rule 2004 examination. Creditors further requests that the order provide that the examination may be continued from day to day until concluded.[1]

Rule 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity." Such an examination may relate to the acts, conduct, or property, or

---

[1] The examination will be recorded via stenographic means and may also be recorded by a videographer.

1

to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate. See, Fed.R.Bankr.P. 2004(b). Here, the requested examination relates to matters that are within the permitted scope of Rule 2004, including Debtor's assets, conduct, and property.

LR 2004(b) further provides that "[o]rders for examination may be signed by the clerk if the date set for examination is more than fourteen (14) days from the date the motion is filed." Therefore, the Clerk may sign an order for the Rule 2004 examination of Timothy Wetzel, as CTO of Coronet Ceramics, Inc.

WHEREFORE, Creditors respectfully request that the Court or the Clerk of Court enter the *Order Granting Ex Parte Application for Examination of Timothy Wetzel, as CTO of Coronet Ceramics, Inc., Pursuant to Bankruptcy Rule 2004.*

DATED this 9th day of August, 2023.

**SYLVESTER & POLEDNAK, LTD.**

By: /s/ Jeffrey R. Sylvester
_____
Jeffrey R. Sylvester, Esq.
1731 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Creditors Ying Zhu and Gary Kong*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of August, 2023, I served a copy of the above and foregoing, via ELECTRONIC SERVICE ECF System, where an email address is provided and by depositing the same in the United States Mail, first class, postage prepaid, addresses to those not electronically mailed.

/s/ Kelly L. Easton
_____
An employee of Sylvester & Polednak, Ltd.